# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DANNY SHORTRIDGE, *et al.*, | : |
| Plaintiffs, | : Case No. 2:21-cv-5336 |
| v. | : Chief Judge Algenon L. Marbley |
| CENTRUS ENERGY CORP. *et al.*, | : Magistrate Judge Elizabeth P. Deavers |
| Defendants. | : |

## ORDER

This matter comes before this Court on the parties' Joint Motion to Dismiss Several Parties. (ECF No. 13). Therein, the parties seek to dismiss several Plaintiffs and one Defendant from this action, pursuant to Fed. R. Civ. P. 21. (*Id.* (citing *Lester v. Wow Car Co., Ltd.*, No. 2:11-cv-850, 2012 WL 1758019, at *2 n.2 (S.D. Ohio May 16, 2012) ("[D]ismissal of an individual party, as opposed to the entire action, is properly conducted pursuant to Rule 21."))). Specifically, the parties seek to dismiss Plaintiffs Danny Shortridge, Gary Entler, and Doug McLaughlin as well as Defendant Centrus Energy Corp. (*Id.*).

For good cause shown, the parties' Joint Motion (ECF No. 13) is **GRANTED**. The following parties are **DISMISSED**: Danny Shortridge, Gary Entler, Doug McLaughlin and Centrus Energy Corp.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
United States District Court Judge

**DATED: December 6, 2021**