**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DANNY SHORTRIDGE,** *et al.*, | : | |
| | : | |
| **Plaintiffs,** | : | **Case No. 2:21-cv-5336** |
| | : | |
| **v.** | : | **Chief Judge Algenon L. Marbley** |
| | : | |
| **CENTRUS ENERGY CORP.,** *et al.*, | : | **Magistrate Judge Elizabeth P. Deavers** |
| | : | |
| **Defendants.** | : | |

## <u>ORDER</u>

This matter came before the Undersigned for a Telephonic Status Conference on Thursday, December 10, 2021 at 3:30 p.m. (ECF No. 22). The topic of discussion was Defendants' pending Motions (*see* ECF Nos. 20, 21) as well as the currently scheduled Preliminary Injunction hearing (ECF No. 9). During the conference, Plaintiffs' counsel represented that considering the dismissal of several parties from this case (*see* ECF Nos. 13, 15 (voluntarily dismissing three Plaintiffs and one Defendant)) as well as further factual developments, staying the Preliminary Injunction hearing would be preferable. These factual developments include Defendant Fluor-BWXT Portsmouth, LLC suspending its vaccine policy (*see* ECF No. 23 at 3) as well as Plaintiff Tackett returning to work and Plaintiff Patton initiating her union's grievance process to contest the denial of her accommodation. Defendants, meanwhile, request this Court stay the hearing until it rules on their pending Motions. (*See generally* ECF No. 23).

Given these developments, and as more fully explicated on the record, this Court **GRANTS** Plaintiffs' request. The Preliminary Injunction hearing (ECF No. 9) is hereby **STAYED**, until such time as Plaintiff Patton completes her union grievance process. Considering this disposition, Defendants' Motion to Stay (ECF No. 23) is **DENIED as moot**.

1

While this proceeding is stayed, briefing on Defendants' two Motions to Dismiss (ECF Nos. 20, 21) will continue pursuant to the following schedule:

- Plaintiffs' Response Due: December 27, 2021; and

- Defendants' Reply Due: January 5, 2022.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:  December 14, 2021**