UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DANNY SHORTRIDGE, *et al.*, : | |
| : | |
| Plaintiffs, : | Case No. 2:21-cv-5336 |
| : | |
| v. : | Chief Judge Algenon L. Marbley |
| : | |
| CENTRUS ENERGY CORP. *et al.*, : | Magistrate Judge Elizabeth P. Deavers |
| : | |
| Defendants. : | |

## ORDER

These matters come before this Court on the Plaintiffs' (1) Motion for Extension of Time (ECF No. 33), and (2) Plaintiffs' Status Report. (ECF No. 34). On September 12, 2022, this Court ordered Plaintiffs to inform this Court whether they intended to pursue preliminary injunctive relief by September 22, 2022. (ECF No. 31 at 11). Per Plaintiffs' Status Report filed on September 28, 2022, Plaintiffs notified this Court they withdraw their Motion for Preliminary Injunction. (ECF No. 34). Plaintiffs intend to move forward with discovery on the remaining claims. (*Id.*).

Accordingly, the Plaintiffs' unopposed Motion for Extension of Time (ECF No. 33) and Plaintiffs' Motion for Preliminary Injunction (ECF No. 2) are **DENYING AS MOOT**.

IT IS SO ORDERED.

ALGENON L. MARBLEY
**United States District Court Judge**

**DATED: September 29, 2022**